
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9-26-06
BY _____

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| ALBERTOS CONNER, JR. | CIVIL ACTION NO. 05-685-P |
|---|---|
| VERSUS | JUDGE STAGG |
| CADDO PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's <u>habeas</u> claims be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies. **IT IS FURTHER ORDERED** that Plaintiff's claims regarding the conditions of his confinement be **DISMISSED WITHOUT PREJUDICE** as moot. **IT IS FURTHER ORDERED** that Petitioner's claims against the state courts be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of September, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE